IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOZY J. MERIT                             :      CIVIL ACTION
                                          :
        v.                                :
SOUTHEASTERN PENNSYLVANIA                 :
TRANSIT AUTHORITY                         :      NO. 02-8629

## JUDGMENT

**AND NOW**, this 27th day of April, 2006, judgment is hereby entered in favor of defendant Southeastern Pennsylvania Transit Authority and against plaintiff Jozy J. Merit in the amount of $1,286.56.

**MICHAEL E. KUNZ**
**CLERK OF COURT**